Ryan Gile, Esq.
rg@gilelawgroup.com
Nevada Bar No. 8807
**GILE LAW GROUP LTD**.
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorney for Defendant*
*Vyuhgenics, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLEARVIEW HEALTHCARE PARTNERS, LLC, a Massachusetts limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>VYUHGENICS, INC. a Nevada corporation,<br><br>    Defendant. | Case No.: 2:21-cv-01469-RFB-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiff, by and through its counsel of record, and Defendant, by and through its counsel of record, hereby agree and stipulate to a 30-day extension of time for Defendant to file and serve its answer or otherwise respond to the Complaint (ECF No. 1). Defendants were served on August 9, 2021, and so the current response deadline is August 30, 2021.  The parties agree that Defendant shall have up to and including September 29, 2021, to answer or otherwise respond to the Complaint (ECF No. 1). This is the first request by the parties for such an extension.

Good cause for this request exists because counsel for Plaintiff and Defendant have just recently initiated good faith settlement discussions in order to try and resolve this matter and require the additional time to continue such settlement efforts and discuss in greater detail the possible terms and conditions of a settlement.  Accordingly, this Stipulation is made for good cause and not for purposes of delay.

/ / /

/ / /

GLG-30444

1

For the foregoing reasons, the parties hereby stipulate and to extend the deadline for the Defendant to answer or otherwise respond to the Complaint from August 30, 2021, to September 29, 2021.

DATED: August 26, 2021

IT IS SO AGREED AND STIPULATED:

| | |
|---|---|
| **MORSE, BARNES-BROWN & PENDLETON, PC** | **GILE LAW GROUP LTD.** |
| */s/ Jamie Dalton* | */s/ Ryan Gile* |
| Jamie N. Dalton, Esq. (*admitted pro hac vice*) | Ryan Gile, Esq. |
| 480 Totten Pond Road, 4th Floor | 1180 N. Town Center Drive, Suite 100 |
| Waltham, MA 02451 | Las Vegas, NV 89144 |
| Telephone: (781) 697-2210 | Tel. (702) 703-7288 |
| E-mail: jdalton@morse.law | rg@gilelawgroup.com |

**HOWARD & HOWARD ATTORNEYS PLLC**

Jonathan W. Fountain, Esq.
Steven E. Kish, III, Esq.
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
E-mail: jwf@h2law.com
E-mail: sek@h2law.com

*Attorneys for Plaintiff*
*ClearView Healthcare Partners, LLC*

*Attorney for Defendant Vyuhgenics, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED August 27, 2021