1  Ryan Gile, Esq.
   rg@gilelawgroup.com
2  Nevada Bar No. 8807
   **GILE LAW GROUP LTD**.
3  1180 N. Town Center Drive, Suite 100
   Las Vegas, NV 89144
4  Tel. (702) 703-7288

5  *Attorney for Defendant*
   *Vyuhgenics, Inc.*

6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CLEARVIEW HEALTHCARE PARTNERS, LLC, a Massachusetts limited liability company,<br><br>         Plaintiff,<br><br>    v.<br><br>VYUHGENICS, INC. a Nevada corporation,<br><br>         Defendant. | Case No.: 2:21-cv-01469-RFB-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(Second Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiff, by and through its counsel of record, and Defendant, by and through its counsel of record, hereby agree and stipulate for a 30-day extension of time for Defendant to file and serve its answer or other response to the Complaint (ECF No. 1).

Defendant was served on August 9, 2021, and the initial response deadline was August 30, 2021.  On August 26, 2021, the parties stipulated to a 30-day extension of that deadline giving Defendant up to and including September 29, 2021 to answer or otherwise respond to the Complaint.  (ECF No. 10.)  The Court approved the parties' stipulation.  (ECF No. 11.)

The parties now agree that Defendant shall have up to and including October 29, 2021, to answer or otherwise respond to the Complaint. This is the second request by the parties for such an extension.

Good cause for this request exists because Plaintiff and Defendant have reached an agreement in principle to resolve this matter and require additional time to draft and execute a

GLG-30468                                           1

written settlement agreement. Accordingly, this Stipulation is made for good cause and not for purposes of delay.

For the foregoing reasons, the parties hereby stipulate and to extend the deadline for Defendant to answer or otherwise respond to the Complaint from September 29, 2021, to October 29, 2021.

DATED: September 21, 2021

IT IS SO AGREED AND STIPULATED:

| MORSE, BARNES-BROWN & PENDLETON, PC | GILE LAW GROUP LTD. |
|---|---|
| /s/ Jamie Dalton | /s/ Ryan Gile |
| Jamie N. Dalton, Esq. (*admitted pro hac vice*) | Ryan Gile, Esq. |
| 480 Totten Pond Road, 4th Floor | 1180 N. Town Center Drive, Suite 100 |
| Waltham, MA 02451 | Las Vegas, NV 89144 |
| Telephone: (781) 697-2210 | Tel. (702) 703-7288 |
| E-mail: jdalton@morse.law | rg@gilelawgroup.com |

*Attorney for Defendant Vyuhgenics, Inc.*

**HOWARD & HOWARD ATTORNEYS PLLC**
Jonathan W. Fountain, Esq.
Steven E. Kish, III, Esq.
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
E-mail: jwf@h2law.com
E-mail: sek@h2law.com

*Attorneys for Plaintiff*
*ClearView Healthcare Partners, LLC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 22, 2021

GLG-30468        2